**Robert B. Ryder, Esq.**
**Nevada State Bar No.: 6806**
**Cheryl C. Bradford, Esq.**
**Nevada State Bar No. 9765**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**jdbeckman@wolfewyman.com**

**Attorneys for Defendant**
**GMTCARE, LLC.**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MILLER, Individually, | CASE NO.:   2:17-cv-02601-MMD-VCF |
| Plaintiff, | |
| v. | |
| GMTCARE, LLC., a Nevada Limited Liability Company; ROE CORPORATIONS I-X; DOES XI-XX; and, DOE EMPLOYEES XXVI-XXX, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Upon stipulation of the parties, Plaintiff, REBECCA MILLER, and Defendant, GMTCARE, LLC, by and through their respective counsel, hereby stipulate to dismiss Plaintiff's Complaint with Prejudice, with each party to bear their own attorney's fees, costs, and expenses.

Dated this 7th day of January, 2019.                    Dated this 7th day of January, 2019.

WOLFE & WYMAN LLP                                   EDWARD M. BERNSTEIN & ASSOCIATES


By: */s/ Cheryl C. Bradford*                              By: */s/  David M. Moore*
  Cheryl C. Bradford, Esq.                                David M. Moore, Esq.
  Nevada Bar No. 9765                                     Nevada Bar No. 8580
  6757 Spencer Street                                     500 South Furth Street
  Las Vegas, NV  89119                                    Las Vegas. NV 89101
  *Attorneys for Defendant*                               *Attorneys for Plaintiff*

1

3247042.1

CASE NO: 2:17-cv-02601-MMD-VCF

**ORDER**

By stipulation of the parties and good cause appearing therefor, it is hereby ordered as follows:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint, including all claims and all causes of action therein are hereby dismissed, with prejudice, with each party to bear their own attorney's fees, costs, and expenses.

DATED this 9th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

WOLFE & WYMAN LLP


By: */s/ Cheryl C. Bradford*
　　Cheryl C. Bradford, Esq.
　　Nevada Bar No. 9765
　　6757 Spencer Street
　　Las Vegas, NV  89119
　　*Attorneys for Defendant*